UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| KAREN PERRY, | : | Case No: 1:16-CV-10245-NMG |
| Plaintiff, | : | |
| | : | |
| | : | |
| vs. | : | |
| | : | |
| LIVE NATION WORLDWIDE, | : | |
| INC., ZACHRY ALEXANDER | : | |
| "ZAC" BROWN | : | |
| INDIVIDUALLY, and DOES | : | |
| 1-15, | : | |
| | : | |
| Defendants. | : | |

### ATTORNEY GEORGE J. MACKOUL OF GEORGE J. MACKOUL AND ASSOCIATES P.C. MOTION TO WITHDRAW AS ATTORNEY OF RECORD FOR THE PLAINTIFF KAREN PERRY, AND FOR AN ORDER FOR A TIME CERTAIN FOR: (1) PLAINTIFF KAREN PERRY TO SUBSTITUTE IN AS A PRO SE PLAINTIFF OR (2) NEW COUNSEL SELECTED BY THE PLAINTIFF TO BE SUBSTITUTED IN AS COUNSEL FOR PLAINTIFF.

Now comes Plaintiff's counsel, George J. MacKoul Esq. and files this motion to withdraw as counsel of record for the Plaintiff Karen Perry.

The grounds for the making of this motion is "irreconcilable differences" between Attorney MacKoul and his client, Karen Perry.

This motion is supported by the attached affidavit of George J. MacKoul.

*Motion allowed.* /s/ NMGorton, USDJ 10/7/16

1